### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FLOYD RILEY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO. 05-678-JLF** |
| ) | |
| **RANDY DAVIS,** ) | |
| ) | |
| **Respondent.** ) | |

### MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241 seeking release to a Community

Corrections Center.

**IT IS FURTHER ORDERED** that Respondent shall, within twenty-three (23) days of receipt

of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.

Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East

St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to

a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate

Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the*

*parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED:  October 3, 2005.**



**s/ James L. Foreman**
**DISTRICT JUDGE**