# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FLOYD E. RILEY,**

      Petitioner,

    -vs-                                      No. 05-CV-678 DRH

**RANDY DAVIS,**

      Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Floyd Riley's writ of habeas corpus pursuant to **28 U.S.C. § 2241** is **DENIED as moot** and the petition is **DISMISSED with prejudice**.

                                                **NORBERT G. JAWORSKI, CLERK**

March 10, 2008.                                BY: s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/ David R Herndon
          **CHIEF JUDGE**
          **U.S. DISTRICT JUDGE**